IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Silas, Michelle

Printed: 1/22/08

Case Number: 07 B 15502
Judge: Hollis, Pamela S
Filed: 8/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 10, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 2. | HSBC Mortgage Services | Secured | 47,300.00 | 0.00 |
| 3. | Beneficial | Secured | 217.00 | 0.00 |
| 4. | Beneficial | Unsecured | 0.00 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 4,613.16 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 528.63 | 0.00 |
| 7. | B-Real LLC | Unsecured | 144.12 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 6,324.89 | 0.00 |
| 9. | City Of Chicago | Unsecured |  | No Claim Filed |
| 10. | City Of Chicago | Unsecured |  | No Claim Filed |
| 11. | Providian Bank | Unsecured |  | No Claim Filed |
| 12. | Capital One | Unsecured |  | No Claim Filed |
| 13. | Capital One | Unsecured |  | No Claim Filed |
| 14. | CAVC Inc | Unsecured |  | No Claim Filed |
| 15. | United Collection Bureau Inc | Unsecured |  | No Claim Filed |
| 16. | City Of Chicago | Unsecured |  | No Claim Filed |
| 17. | Lease Comm | Unsecured |  | No Claim Filed |
| 18. | Premium Asset Recovery Corp | Unsecured |  | No Claim Filed |
| 19. | Credit Collection | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 59,127.80 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Silas, Michelle

Printed:  1/22/08

Case Number:  07 B 15502
Judge:  Hollis, Pamela S
Filed:  8/27/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

